IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TERRI PEPPER, DALLAS DEAN, DAVE SEMANS, CARL MORELAND, HAROLD AYDELOTT, DAVID CATHEY, JUSTIN EVANS, KATHY DUFF, MELANIE EDWARDS, MICHAEL DELONG, NICOLE VELA GROSKOPF, RICHARD HENDERSON, TODD CIANCIULLI, JULIE LEICHTLE and CLINT STEINER, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>BEST STORM LEADS CORP.,<br><br>   Defendant. | Case No. 4:20-cv-2961 |

**CONSENT NOTICE OF SETTLEMENT**

Plaintiffs Terri Pepper, Dallas Dean, Dave Semans, Carl Moreland, Harold Aydelott, David Cathey, Justin Evans, Kathy Duff, Melanie Edwards, Michael DeLong, Nicole Vela Groskpf, Richard Henderson, Todd Cianciulli, Julie Leichtle, and Clint Steiner respectfully hereby gives notice to the Court that the parties in the above-styled matter have reached a settlement in principal of this case in its entirety. The parties are currently preparing a written settlement agreement, but anticipate it will take up to ninety (90) days to finalize all of the settlement documents and carry out all of the actions contemplated therein. Plaintiffs respectfully request that the parties be given ninety (90) days to finalize the settlement agreement and file the notice of dismissal. Undersigned counsel has consulted with Defendant's representative, who consents to the relief requested herein.

This the 13th day of January, 2021.

/s/ Cory S. Fein
CORY S. FEIN (TX Bar No. 06879450)
CORY FEIN LAW FIRM
712 Main Street, Suite 800
Houston, TX 77002
(281) 254-7717
(530) 748 - 0601 (fax)
cory@coryfeinlaw.com

/s/ Derek M. Bast
Sean C. Wagner (*pro hac vice*)
Derek M. Bast (*pro hac vice*)
WAGNER HICKS PLLC
831 E. Morehead Street, Suite 860
Charlotte, North Carolina 28202
Telephone: (704) 705 7358
sean.wagner@wagnerhicks.law
derek.bast@wagnerhicks.law

ATTORNEYS FOR PLAINTIFFS
AND THE PROPOSED CLASS

## CERTIFICATE OF CONFERENCE

I certify that Defendant's counsel stated on January 13, 2021 that the Defendant consents to the relief sought by this motion.

/s/ Derek M. Bast
Derek M. Bast

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that I have this day served a copy of the foregoing on the following non-CM/ECF participants by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail, addressed to the following person(s) at the following address(es), which is/are the last address(es) known to me:

Best Storm Leads Corp.
c/o Ali DeLavari, Registered Agent
2952 Rodeo Drive
Minneapolis, MN 55449

This the 13th day of January, 2021.

/s/ Derek M. Bast
Derek M. Bast