United States District Court
Southern District of Texas
**ENTERED**
July 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRI PEPPER, *et al*, | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:20-cv-02961 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| BEST STORM LEADS CORPORATION, | § | |
| Defendant. | § | |

## ORDER

The parties advised on January 13, 2021 that they intended to file a final notice of settlement and stipulation of dismissal within ninety days, or by April 13, 2021. They haven't done so.

The parties must file a final notice of settlement and stipulation of dismissal, or a status report explaining why further litigation is necessary. Such filing must be made by July 30, 2021.

SO ORDERED.

Signed on July 13, 2021, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge