IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TERRI PEPPER, DALLAS DEAN, DAVE SEMANS, CARL MORELAND, HAROLD AYDELOTT, DAVID CATHEY, JUSTIN EVANS, KATHY DUFF, MELANIE EDWARDS, MICHAEL DELONG, NICOLE VELA GROSKOPF, RICHARD HENDERSON, TODD CIANCIULLI, JULIE LEICHTLE and CLINT STEINER, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>BEST STORM LEADS CORP.,<br><br>   Defendant. | Case No. 4:20-cv-2961 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), Plaintiffs Terri Pepper, Dallas Dean, Dave Semans, Carl Moreland, Harold Aydelott, David Cathey, Justin Evans, Kathy Duff, Melanie Edwards, Michael Delong, Nicole Vela Groskopf, Richard Henderson, Todd Cianciulli, Julie Leichtle, and Clint Steiner ("Plaintiffs"), through their undersigned counsel, hereby voluntarily dismiss the above-captioned action in its entirety, and without the assessment of costs or fees.

This the 26th day of July, 2021.

/s/ Cory S. Fein
CORY S. FEIN (TX Bar No. 06879450)
CORY FEIN LAW FIRM
712 Main Street, Suite 800
Houston, TX 77002
(281) 254-7717
(530) 748 - 0601 (fax)
cory@coryfeinlaw.com

/s/ Derek M. Bast
Sean C. Wagner (*pro hac vice*)
Derek M. Bast (*pro hac vice*)
WAGNER HICKS PLLC
831 E. Morehead Street, Suite 860
Charlotte, North Carolina 28202
Telephone: (704) 705 7358
sean.wagner@wagnerhicks.law
derek.bast@wagnerhicks.law

ATTORNEYS FOR PLAINTIFFS
AND THE PROPOSED CLASS

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that I have this day served a copy of the foregoing on the following non-CM/ECF participants by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail, addressed to the following person(s) at the following address(es), which is/are the last address(es) known to me:

Best Storm Leads Corp.
c/o Ali DeLavari, Registered Agent
2952 Rodeo Drive
Minneapolis, MN 55449

This the 26th day of July, 2021.

/s/ Derek M. Bast
Derek M. Bast